**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO: 3:02-CR-063(2)** |
| vs. ) | |
| ) | |
| **KIMBERLY M. SHEPHERD,** ) | **JUDGE ROSE** |
| SSN: XXX-XX-8556 ) | |
| **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **Consumer Support Services, Inc.** ) | |
| ) | |
| **Garnishee.** ) | |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the November 26, 2012 Writ of Continuing Garnishment against the property of Kimberly M. Shepherd be quashed.

Date: December 14, 2012           **THOMAS M. ROSE**

_____
UNITED STATES DISTRICT JUDGE